# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

159347

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

NAGESH PALAKURTHI,
            Plaintiff-Appellant,

v

COUNTY OF WAYNE, RAYMOND J.
WOJTOWICZ, and WAYNE COUNTY
TREASURER,
            Defendants-Appellees,

and

LAWRENCE ROCCA,
            Defendant.

SC:  159347
COA:  342533
Court of Claims: 17-000073-MZ

_____/

On order of the Court, the application for leave to appeal the February 12, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *2 Crooked Creek, LLC v Cass Co Treasurer* (Docket No. 159856) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



Clerk

p1113